**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JERILYNN VAUGHN KNIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-cv-00554-TWP-DKL |
| | ) |
| VIKING CLIENT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On April 25, 2017, Magistrate Judge Denise K. LaRue issued an order directing plaintiffs to show cause why their case should not be dismissed for failure to prosecute under Local Rule 41-1, however, a response was not filed. On May 16, 2017, a second Order to Show Cause was issued with a response due date of June 15, 2017. As of today's date, a response has not yet been filed.

Accordingly, this action is now dismissed for failure to prosecute, pursuant to Local Rule 41-1. Final Judgment will accompany this order.

Date: 6/28/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Richard John Shea, Jr
SAWIN SHEA & DES JARDINES LLC
rshea@sawinlaw.com