**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JERILYNN VAUGHN KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-00554-TWP-DKL |
| VIKING CLIENT SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

Having this day entered its Order of Dismissal, the Court hereby enters Judgment in favor of Defendant. Plaintiff shall take nothing by way of her complaint.

SO ORDERED:

Dated: 6/28/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Richard John Shea, Jr
SAWIN SHEA & DES JARDINES LLC
rshea@sawinlaw.com